B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re    Matagorda Island Gas Operations, LLC            Case No. _____

                                 Debtor(s)           Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Action Welding & Fabricating<br>P.O. Box 100<br>Port O Connor, TX 77982 | Action Welding & Fabricating<br>P.O. Box 100<br>Port O Connor, TX 77982 | | | 72,000.00 |
| Aggreko LLC<br>4610 W Admiral Doyle Dr.<br>New Iberia, LA 70560 | Aggreko LLC<br>4610 W Admiral Doyle Dr.<br>New Iberia, LA 70560 | | | 80,000.00 |
| Anglo-Suisse Investments, LLC<br>1800 West Loop S., Suite 1690<br>Houston, TX 77027 | Anglo-Suisse Investments, LLC<br>1800 West Loop S., Suite 1690<br>Houston, TX 77027 | | | 122,000.00 |
| Briggs and Veselka Co.<br>Nine Greenway Plaza, Suite 1700<br>Houston, TX 77046 | Briggs and Veselka Co.<br>Nine Greenway Plaza, Suite 1700<br>Houston, TX 77046 | | | 57,000.00 |
| Cudd Pressure Control<br>8032 Main Street<br>Houma, LA 70360 | Cudd Pressure Control<br>8032 Main Street<br>Houma, LA 70360 | | | 48,000.00 |
| Expert E & P Consultants<br>101 Ashland Way<br>Madisonville, LA 70447 | Expert E & P Consultants<br>101 Ashland Way<br>Madisonville, LA 70447 | | | 79,000.00 |
| Exterran Partners<br>16666 Northchase Dr.<br>Houston, TX 77060 | Exterran Partners<br>16666 Northchase Dr.<br>Houston, TX 77060 | | | 375,000.00 |
| G & J Land and Marine Food Distributors<br>P.O. Box 649<br>Morgan City, LA 70381 | G & J Land and Marine Food Distributors<br>P.O. Box 649<br>Morgan City, LA 70381 | | | 66,000.00 |
| Hustler Marine Services<br>P.O. Box 181<br>Port O Connor, TX 77982 | Hustler Marine Services<br>P.O. Box 181<br>Port O Connor, TX 77982 | | | 162,000.00 |
| J. Schneider & Associates, Ltd.<br>325 Industrial Pkwy.<br>Lafayette, LA 70508 | J. Schneider & Associates, Ltd.<br>325 Industrial Pkwy.<br>Lafayette, LA 70508 | | | 145,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Matagorda Island Gas Operations, LLC**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Martin Energy Services, LLC<br>Three Riverway, Suite 400<br>Houston, TX 77056 | Martin Energy Services, LLC<br>Three Riverway, Suite 400<br>Houston, TX 77056 | | | 95,000.00 |
| New Century Fabricators, Inc.<br>P.O. Box 9488<br>New Iberia, LA 70562 | New Century Fabricators, Inc.<br>P.O. Box 9488<br>New Iberia, LA 70562 | | | 117,000.00 |
| Palacios Marine<br>P.O. Box 875<br>Port O Connor, TX 77982 | Palacios Marine<br>P.O. Box 875<br>Port O Connor, TX 77982 | | | 700,000.00 |
| Seamar Divers International, LLC<br>13715 Promenade Blvd.<br>Stafford, TX 77477 | Seamar Divers International, LLC<br>13715 Promenade Blvd.<br>Stafford, TX 77477 | | | 77,000.00 |
| Shamrock Management, LLC<br>4800 Hwy 311<br>Houma, LA 70360 | Shamrock Management, LLC<br>4800 Hwy 311<br>Houma, LA 70360 | | | 3,000,000.00 |
| Stallion Offshore Quarters<br>950 Corbindale, Suite 300<br>Houston, TX 77024 | Stallion Offshore Quarters<br>950 Corbindale, Suite 300<br>Houston, TX 77024 | | | 350,000.00 |
| Suwannee Supply, Inc.<br>P.O. Box 1820<br>Victoria, TX 77902 | Suwannee Supply, Inc.<br>P.O. Box 1820<br>Victoria, TX 77902 | | | 70,000.00 |
| TETRA Applied Technologies LLC<br>24955 Interstate 45 North<br>Spring, TX 77380 | TETRA Applied Technologies LLC<br>24955 Interstate 45 North<br>Spring, TX 77380 | | | 52,000.00 |
| Texas General Land Office<br>1700 N. Congress Ave.<br>Austin, TX 78701 | Texas General Land Office<br>1700 N. Congress Ave.<br>Austin, TX 78701 | | | 44,000.00 |
| Wood Group<br>17000 Katy Fwy., Suite 150<br>Houston, TX 77094 | Wood Group<br>17000 Katy Fwy., Suite 150<br>Houston, TX 77094 | | | 1,665,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the CEO of Managing Member of Sole Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   _September 3RD, 2019_      Signature   _/s/ Richard P. Watson_
                                                                               Richard P. Watson
                                                                               CEO of Managing Member of Sole Member

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
                                                             18 U.S.C. §§ 152 and 3571.