18.c

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF LOUISIANA
Office of the Clerk
214 Jefferson Street, Suite 100
Lafayette LA 70501

September 4, 2014

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101–7346

Secretary of the Treasury
United States of America
Washington, DC 20220

US Securities & Exchange Commission
Chicago Regional Office
175 W. Jackson Boulevard, Ste. 900
Chicago, IL 60604
BankruptcyNoticesCHR@sec.gov

*Debtor(s)* : Matagorda Island Gas Operations LLC     *Case Number* : 14-51099

Gentlemen :

Pursuant to Rule 1002, we are enclosing to you herewith copies of the following in the above captioned proceeding under Chapter 11 of the Bankruptcy Code :

| | |
|---|---|
| XX | Petition |
| XX | List of 20 largest creditors |
| XX | Corporate resolution |
| ___ | Statement and/or schedules |

Edward A. Takara
Clerk, U.S. Bankruptcy Court

By: /s/Michele B. Comeaux
　　　Deputy Clerk

Enclosure(s)