# United States Bankruptcy Court
## Western District of Louisiana

In re __Matagorda Island Gas Operations, LLC__ ,
Debtor

Case No. __14-51099__

Chapter __11__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 40,000,000.00 | | |
| B - Personal Property | Yes | 5 | 850,551,080.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 7,703,599.69 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 12 | | 18,444,176.60 | |
| G - Executory Contracts and Unexpired Leases | Yes | 3 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 26 | | | |
| Total Assets | | | 890,551,080.00 | | |
| Total Liabilities | | | | 26,147,776.29 | |

# United States Bankruptcy Court
## Western District of Louisiana

In re    **Matagorda Island Gas Operations, LLC** _____ ,     Case No. _____ **14-51099** _____

                                        Debtor

Chapter _____ **11** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re **Matagorda Island Gas Operations, LLC** _____, Case No. __14-51099__

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Improvements to Block Number 632 of Tract Number 37-479, Block Number 656 of Tract Number 37-493, and Block Number 657 of Tract Number 58-114 all in the Matagorda Island Area off the coast of Texas in the Gulf of Mexico pursuant to OCS-G 3091 and OCS-G 3096 originally with Exxon Corporation dated April 1, 1975 and OCS-G 4139 dated October 1, 1979 including certain oil and gas pipelines, wellbores, wells, a platform, and 3 caissons** | **Improvements Pursuant to Contracts** | - | **40,000,000.00** | **7,700,000.00** |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **40,000,000.00** | (Total of this page) |
| | | Total > | **40,000,000.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re  **Matagorda Island Gas Operations, LLC**                                    Case No.   __14-51099__
_____,
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Capital One, N.A. Account Ending 5719 was seized by Exterran Energy Solutions, L.P. in February 2012 and may have been closed after that seizure.** | **-** | **Unknown** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        **0.00**
(Total of this page)

__4__  continuation sheets attached to the Schedule of Personal Property

In re   **Matagorda Island Gas Operations, LLC**              ,       Case No.    **14-51099**

                                Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% membership interest in New York Natural Gas Pipeline, LLC** | **-** | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | | **Beneficial interest in nonrevocable oil and gas plug and abandonment liability bonds** | **-** | **9,000,000.00** |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                             Sub-Total >     **9,000,000.00**
                                           (Total of this page)

Sheet  **1**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

In re  **Matagorda Island Gas Operations, LLC** ,   Case No.   **14-51099**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims arising from and related to the February 7, 2014 Order of Abandonment from the Federal Energy Regulatory Commission / Responsible and responding parties to such claims include, but not are limited to, the United States Dept. of the Interior, Minerals Management Service, Bureau of Safety and Environmental Enforcement, STL Pipeline, LLC, Northern Natural Gas Company | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | OCS-G 3091 originally with Exxon Corporation dated April 1, 1975 regarding Block Number 632 of Tract Number 37-479 in the Matagorda Island Area off the coast of Texas record title regarding which was acquired by a predecessor of the Debtor, Paloma Offshore, LLC in approximately May 2005 | - | Unknown |
| | | OCS-G 3096 originally with Exxon Corporation dated April 1, 1975 regarding Block Number 656 of Tract Number 37-493 in the Matagorda Island Area off the coast of Texas record title regarding which was acquired by the predecessor of the Debtor, Paloma Offshore, LLC, in approximately 2005 | - | Unknown |
| | | OCS-G 4139 originally with Exxon Corporation and dated October 1, 1979 regarding Block Number 657 of Tract Number 58-114 in the Matagorda Island Area in the Gulf of Mexico record title to which was acquired by the predecessor to the Debtor, Paloma Offshore, LLC, in approximately 2005 | - | Unknown |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

Sub-Total > **0.00**
(Total of this page)

Sheet   **2**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

In re __Matagorda Island Gas Operations, LLC_____,   Case No. ___14-51099___
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | | **Computer, desks, chairs, filing cabinets** | - | **2,000.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **12 pipelines (two 10 inch and ten 6 inch) located on MI 632, MI 656, and MI 657** | - | **Unknown** |
| | | **Platform A located on MI 632 installed January 1981 in 69' water depth including 2 decks and quarters** | - | **Unknown** |
| | | **Platform B located in MI 657 installed December 1982 in 72' water depth with 2 decks** | - | **Unknown** |
| | | **Tripod D instlled in May 2008 in 72' water depth for use by wells D-1, D-2, and D-3** | - | **Unknown** |
| | | **MI 632 #7 Caisson installed December 2006 in 74' water depth** | - | **Unknown** |
| | | **MI 632 #8 Caisson installed January 2008 in 70' water depth** | - | **Unknown** |
| | | **MI 632 #9 Caisson installed January 2008 in 70' water depth** | - | **Unknown** |
| | | **MI 656 #3 Caisson installed December 2006 in 75' water depth** | - | **Unknown** |
| | | **MI 656 #4 Caisson installed December 2006 in 77' water depth** | - | **Unknown** |
| | | **Approximately 51 Wellbores, wells, and associated fixtures and equipment including at least 6 wells that were producing prior to shut-in in approximately November 2013** | - | **Unknown** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

Sub-Total >        **2,000.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

In re   **Matagorda Island Gas Operations, LLC**                          ,   Case No.   __14-51099__

_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed. Itemize. | | **Estimate of proved reserves of 2,220 MMBbls of oil and 59,000 MMCF of natural gas in Texas Offshore Blocks 632, Block 656, and Block 657 in the Matagorda Island Area (per SEC accounting requirements approximately 90% likelihood of recovery)** | - | 260,000,000.00 |
| | | **Estimate of probable reserves of 888 MBbls of oil and 14,956 MMCF of natural gas in Texas Offshore Block 632, Block 656, and Block 657 in the Matagorda Island Area (per SEC accounting rules, approximately 70% likelihood of recovery)** | - | 89,000,000.00 |
| | | **Estimate of 406 MBbls and 198,727 MMCF natural gas is Texas Offshore Block 632, Block 656, and Block 657 in the Matagorda Island Area (per SEC accounts rules, approximately 30% likelihood of recovery)** | - | 492,549,080.00 |

|  |  |
|---|---|
| Sub-Total > | 841,549,080.00 |
| (Total of this page) | |
| Total > | 850,551,080.00 |

Sheet __4__ of __4__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re **Matagorda Island Gas Operations, LLC** , Case No. **14-51099**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **March 2012** | | | | | |
| FESCO Ltd. 1000 Fesco Ave. Alice, TX 78332 | | - | **Lien Against Mineral Property** **Lease G03091, Block 632, Matagorda Island Area, as shown on OCS Official Leasing Map, Texas Map No. 4** | | | | | |
| | | | Value $            **Unknown** | | | | 39,640.62 | **Unknown** |
| Account No. | | | **Lien Against Mineral Property** | | | | | |
| J. Schneider & Associates, Ltd. 325 Industrial Pkwy. Lafayette, LA 70508 | | - | **Unknown** | | | | | |
| | | | Value $            **Unknown** | | | | 145,000.00 | **Unknown** |
| Account No. | | | **January 2012** | | | | | |
| Palacios Marine & Indus. Coatings, Inc. P.O. Box 875 Palacios, TX 77465 | | - | **Lien Against Mineral Property** **Unknown** | | | | | |
| | | | Value $            **Unknown** | | | | 663,868.07 | **Unknown** |
| Account No. | | | **Lien Against Mineral Interest** | | | | | |
| Production Services Network US, Inc. 9821 Katy Freeway, Ste. 400 Houston, TX 77024 | | - | **MI 657B, Offshore and MI632, Offshore** | | | | | |
| | | | Value $            **Unknown** | | | | 50,000.00 | **Unknown** |
| __2__ continuation sheets attached | | | Subtotal (Total of this page) | | | | 898,508.69 | 0.00 |

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                                                                   Best Case Bankruptcy

In re   **Matagorda Island Gas Operations, LLC** _____,   Case No. ____**14-51099**____

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>Robert H. Watson<br>6130 I-55 North<br>Jackson, MS 39211 | - | | January 2012<br><br>All assets of the Debtor<br><br>Value $     **Unknown** | | | | 4,650,000.00 | Unknown |
| Account No. <br><br>Seamar Divers International, LLC<br>P.O. Box 740976<br>Houston, TX 77274 | - | | June 2012<br>Lien Against Mineral Property Offshore Out Continental Shelf Exploration Block "Matagorda Island 632" located in the Gulf of Mexico off the Coast of the State of Texas, and specifically Matagorda Island Block 632 platform #7<br>Value $     **Unknown** | | | | 10,279.00 | Unknown |
| Account No. <br><br>Seamar Divers International, LLC<br>P.O. Box 740976<br>Houston, TX 77274 | - | | June 2012<br>Lien Against Mineral Property Offshore Outer Continental Shelf Exploration Block "Matagorda Island 657" located in the Gulf of Mexico off the Coast of the State of Texas, and specifically Matagorda Island Block 657 platform #B<br>Value $     **Unknown** | | | | 28,975.00 | Unknown |
| Account No. <br><br>Seamar Divers International, LLC<br>13715 Promenade Blvd.<br>Stafford, TX 77477 | - | | June 2012<br>Lien Against Mineral Property Offshore OCS Exploration Block "Matagorda Island 656" located in the Gulf of Mexico off the Coast of the State of Texas, and specifically Matagorda Island Block 656 platform #2, platform #3, and platform #4<br>Value $     **Unknown** | | | | 30,837.00 | Unknown |
| Account No. <br><br>Stallion Offshore Quarters<br>950 Corbindale, Suite 300<br>Houston, TX 77024 | - | | June 2012<br><br>Lien Against Mineral Property<br><br>MI632, Calhoun County, Texas - Offshore<br>Value $     **Unknown** | | | | 350,000.00 | Unknown |

Sheet __**1**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 5,070,091.00 | 0.00 |

In re  **Matagorda Island Gas Operations, LLC** ,  Case No. **14-51099**

Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | June 2012 | | | | | |
| Suwannee Supply, Inc. P.O. Box 1820 Victoria, TX 77902 | - | | Lien Against Mineral Property OCS-G 3091, OCS-G 3096, and OCS-G 4139 in GOM at Blocks, 632, 656, and 657, Matagorda Island Area | | | | | |
| | | | Value $   **Unknown** | | | | **70,000.00** | **Unknown** |
| Account No. | | | Lien Against Mineral Property | | | | | |
| Wood Group Production Services, Inc. 17000 Katy Fwy., Suite 150 Houston, TX 77094 | - | | OCS-G 3091, OCS-G 3096, and OCS-G 4139 at Blocks 632, 656, and 657 in Matagorda Island Area | | | | | |
| | | | Value $   **Unknown** | | | | **1,665,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet __2__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **1,735,000.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **7,703,599.69** | **0.00** |

In re **Matagorda Island Gas Operations, LLC**                              Case No. __14-51099__
_____,
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                              __0__ continuation sheets attached

In re    **Matagorda Island Gas Operations, LLC**                                          Case No.    __14-51099__
_____ ,
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No.** | | | | | | | |
| **ACME Hydraulics, Inc.** **P.O. Box 4014** **Slidell, LA 70459** | | - | | | | | 14,600.00 |
| **Account No.** | | | | | | | |
| **Acme Truck Line, Inc.** **P.O. Box 182** **Harvey, LA 70059** | | | | | | | 39,000.00 |
| **Account No.** | | | | | | | |
| **Action Welding & Fabricating** **P.O. Box 100** **Port O Connor, TX 77982** | | - | | | | | 72,000.00 |
| **Account No.** | | | | | | | |
| **Aggreko LLC** **4610 W Admiral Doyle Dr.** **New Iberia, LA 70560** | | - | | | | | 179,319.00 |
| __11__  continuation sheets attached | | | | | | Subtotal (Total of this page) | 304,919.00 |

Software Copyright (c) 1996-2011 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

In re **Matagorda Island Gas Operations, LLC** ,  Case No. **14-51099**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Anglo-Suisse Investments, LLC 1800 West Loop S., Suite 1690 Houston, TX 77027 | - | | | | | | | | 122,000.00 |
| Account No. Arthur J. Gallagher Gallagher Energy 1900 West Loop South, Suite 1600 Houston, TX 77027 | - | | | | | | | | 325,000.00 |
| Account No. Ayuda Assessment Training 10921 Turkey Run Dr. Edmond, OK 73025 | - | | | | | | | | 3,500.00 |
| Account No. Bagwell Energy Services, Inc. 302 Commercial Pkwy. Broussard, LA 70518 | - | | | | | | | | 4,500.00 |
| Account No. Blue Marlin Services P.O. Box 549 Carencro, LA 70520 | - | | | | | | | | 43,000.00 |

Sheet no. __1__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**498,000.00**

In re    **Matagorda Island Gas Operations, LLC**                                    ,    Case No. _____**14-51099**_____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | | | | | | |
| | | | J | | | | | | |
| | | | | C | | | | | |
| Account No. | | | | | | | | | |
| **Briggs and Veselka Co.** **Nine Greenway Plaza, Suite 1700** **Houston, TX 77046** | - | | | | | | | | 57,000.00 |
| Account No. | | | | | | | | | |
| **Carboline Co** **2150 Schuetz Rd.** **Saint Louis, MO 63146** | - | | | | | | | | 23,500.00 |
| Account No. | | | | | | | | | |
| **Cetco Energy Services Company LLC** **1001 Ochsner Blvd. Suite 425** **Covington, LA 70433** | - | | | | | | | | 55,000.00 |
| Account No. | | | | | | | | | |
| **Clean Gulf Associates** **P.O. Box 4869** **Houston, TX 77210** | - | | | | | | | | 11,500.00 |
| Account No. | | | | | | | | | |
| **COMM Engineering, Inc.** **1319 W. Pinlool Rd., Ste. 401** **Lafayette, LA 70503** | - | | | | | | | | 4,500.00 |

Sheet no. __**2**__ of __**11**__ sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims     (Total of this page)     | 151,500.00 |

In re  **Matagorda Island Gas Operations, LLC**                                    ,          Case No. ___**14-51099**___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Corporate Montage, Inc. 5858 Westheimer Rd. Ste. 115 Houston, TX 77096 | - | | | | | | | | 9,000.00 |
| Account No. | | | | | | | | | |
| Cudd Pressure Control 8032 Main Street Houma, LA 70360 | - | | | | | | | | 48,000.00 |
| Account No. | | | | | | | | | |
| DART Energy Services 202 Rue Iberville, Suite 300 Lafayette, LA 70508 | - | | | | | | | | 20,000.00 |
| Account No. | | | | | | | | | |
| Datacom LLC 100 Enterprise Blvd. Lafayette, LA 70506 | - | | | | | | | | 12,000.00 |
| Account No. | | | | | | | | | |
| Deepwater Corrosion Services, Inc. 10851 Train Ct. Houston, TX 77041 | - | | | | | | | | 1,740.00 |

Sheet no. __3__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **90,740.00**

In re  **Matagorda Island Gas Operations, LLC**                    ,     Case No.  **14-51099**
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Future P&A obligations for wells and facilities on OCS-G 3091, OCS-G 3096, and OCS-G 4139 | | | | |
| **Department of the Interior 1849 C Street NW Washington, DC 20240-0002** | - | | | X | | | 9,000,000.00 |
| Account No. | | | | | | | |
| **Dolphin Energy Equipment LLC 4104 Highway 90 West, New Iberia, LA 70560** | - | | | | | | 19,000.00 |
| Account No. | | | | | | | |
| **ECCO Electricial & Instrumentation 119 Spring Street Lafayette, LA 70501** | - | | | | | | 33,500.00 |
| Account No. | | | | | | | |
| **Environmental Enterprises USA 58485 Pearl Drive, Suite D Slidell, LA 70461** | - | | | | | | 4,500.00 |
| Account No. | | | | | | | |
| **Ernst & Young 200 Plaza Drive Secaucus, NJ 07094** | - | | | | | | 44,000.00 |

Sheet no.  **4**  of  **11**  sheets attached to Schedule of     Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)   **9,101,000.00**

In re   **Matagorda Island Gas Operations, LLC**                                ,   Case No.   __14-51099__
                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Essi Corporation**<br>**200 Cummings Rd.**<br>**Broussard, LA 70518** | - | | | | | | | | 25,000.00 |
| Account No. | | | | | | | | | |
| **Expert E & P Consultants**<br>**101 Ashland Way**<br>**Madisonville, LA 70447** | - | | | | | | | | 79,000.00 |
| Account No. | | | | | | | | | |
| **Exterran Partners**<br>**16666 Northchase Dr.**<br>**Houston, TX 77060** | - | | | | | | | | 375,000.00 |
| Account No. | | | | | | | | | |
| **Fugro Services, Inc.**<br>**200 Dulles Drive**<br>**Lafayette, LA 70506** | - | | | | | | | | 4,500.00 |
| Account No. | | | | | | | | | |
| **G & J Land and Marine Food Distributors**<br>**P.O. Box 649**<br>**Morgan City, LA 70381** | - | | | | | | | | 66,000.00 |

Sheet no. __5__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 549,500.00

In re    **Matagorda Island Gas Operations, LLC** _____ ,    Case No. ___**14-51099**___
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Gemini Solutions, Inc. 702 Morton St. Richmond, TX 77469 | | - | | | | | | | 13,500.00 |
| Account No. | | | | | | | | | |
| Global X-Ray & Testing P.O. Box 1536 Morgan City, LA 70381 | | - | | | | | | | 2,000.00 |
| Account No. | | | | | | | | | |
| Gulf Coast Measurement P.O. Box 854 Cypress, TX 77410 | | - | | | | | | | 14,500.00 |
| Account No. | | | | | | | | | |
| Hustler Marine Services P.O. Box 181 Port O Connor, TX 77982 | | - | | | | | | | 162,000.00 |
| Account No. | | | | | | | | | |
| Irving Electric 1233 Bayside Dr. Ingleside, TX 78362 | | - | | | | | | | 9,000.00 |

Sheet no. _**6**_ of _**11**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **201,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matagorda Island Gas Operations, LLC**                                    ,        Case No.  __14-51099__
                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| J. Connor Consulting 16255 Park Ten Place, Suite 700 Houston, TX 77084 | - | | | | | | 22,500.00 |
| Account No. | | | | | | | |
| K&K Offshore, LLC 1200 Victor II Blvd. Morgan City, LA 70380 | - | | | | | | 12,000.00 |
| Account No. | | | | | | | |
| Knowledge Reservoir 1800 W. Loop South Ste. 1000 Houston, TX 77027 | - | | | | | | 6,500.00 |
| Account No. | | | | | | | |
| Martin Energy Services, LLC Three Riverway, Suite 400 Houston, TX 77056 | - | | | | | | 95,000.00 |
| Account No. | | | | | | | |
| Matagorda Energy Company, LLC c/o Richard Watson 235 Mulberry Avenue Mandeville, LA 70448 | - | | | | | | 3,200,000.00 |

Sheet no. __7__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **3,336,000.00**

In re   **Matagorda Island Gas Operations, LLC**     ,    Case No.   **14-51099**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mid-South Controls**<br>**204 South Lacorpe Circle**<br>**Houma, LA 70364** | - | | | | | | 28,000.00 |
| Account No.<br><br>**New Century Fabricators, Inc.**<br>**P.O. Box 9488**<br>**New Iberia, LA 70562** | - | | | | | | 117,000.00 |
| Account No.<br><br>**O'Brien's Response Mgmt.**<br>**2829 E. Imperial Hwy. Ste. 290**<br>**Brea, CA 92821** | - | | | | | | 4,000.00 |
| Account No.<br><br>**PEC/Premier Safety**<br>**233 General Patton Ave.**<br>**Mandeville, LA 70471** | - | | | | | | 22,000.00 |
| Account No.<br><br>**Performance Energy Services**<br>**P.O. Box 7096**<br>**Houma, LA 70361** | - | | | | | | 12,000.00 |

Sheet no. __8__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal               
(Total of this page)     **183,000.00**

In re  **Matagorda Island Gas Operations, LLC**                                    ,          Case No.  **14-51099**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. | | | | | | | | | |
| Robert A. Schroeder P.O. Box 681 Mandeville, LA 70470 | | - | | | | | | | 2,000.00 |
| Account No. | | | | | | | | | |
| Robert J. Martin 1725 Lakeshore Drive Mandeville, LA 70448 | | - | | | | | | | 108,000.00 |
| Account No. | | | | | | | | | |
| Rotor-Tech, Inc. 10613 Stebbins Circle Houston, TX 77043 | | - | | | | | | | 9,517.60 |
| Account No. | | | | | | | | | |
| Ryan Marine Services 7500 Haborside Dr. Galveston, TX 77554 | | - | | | | | | | 7,000.00 |
| Account No. | | | | | | | | | |
| Select Chemicals 167 Industrial Dr. Yorktown, TX 78164 | | - | | | | | | | 6,000.00 |

Sheet no. __9__ of __11__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **132,517.60**

In re  **Matagorda Island Gas Operations, LLC**                    ,     Case No.   __14-51099__
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Shamrock Management, LLC 4800 Hwy 311 Houma, LA 70360 | - | | | | X | X | X | 3,000,000.00 |
| Account No. | | | | Subject to setoff. | | | | |
| STL Pipeline, LLC c/o Thompson & Knight 333 Clay St., Ste. 3300 Houston, TX 77002 | - | | | | X | | X | 250,000.00 |
| Account No. | | | | | | | | |
| Sulver Turbo Services 3300 W. Esplanade Ave. Ste. 605 Metairie, LA 70002 | - | | | | | | | 8,000.00 |
| Account No. | | | | | | | | |
| Swire Oilfield Services 2201 Timberloch Place Ste. 175 The Woodlands, TX 77380 | - | | | | | | | 25,000.00 |
| Account No. | | | | | | | | |
| TETRA Applied Technologies LLC 24955 Interstate 45 North Spring, TX 77380 | - | | | | | | | 52,000.00 |

Sheet no. __10__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **3,335,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Matagorda Island Gas Operations, LLC**                              ,     Case No.    **14-51099**
                                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | | | | | |
| Thompson & Knight 333 Clay Street, Ste. 3300 Houston, TX 77002 | | | | | | | | 510,000.00 |
| Account No. | | - | | | | | | |
| Tiger Offshore Rentals P.O. Box 790 Houston, TX 77002 | | | | | | | | 11,000.00 |
| Account No. | | - | | Unpaid lease amounts for Suite 200 in office building at 1020 David Drive in Morgan City | | | | |
| William D. Hunter d/b/a The Hunter Building P.O. Box 2464 Morgan City, LA 70381 | | | | | | | | 15,000.00 |
| Account No. | | - | | | | | | |
| William Joiner P.O. Box 1017 Bridgeport, TX 76426 | | | | | | | | 25,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __11__ of __11__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 561,000.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 18,444,176.60 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

In re   **Matagorda Island Gas Operations, LLC**         Case No.   **14-51099**

                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Action Welding & Fabrication**<br>**Attn:  Nicole Saldivar**<br>**P.O. Box 100**<br>**Port O Connor, TX 77982** | **Master Service Agreement dated May 7, 2012** |
| **Adams Resources Marketing, Ltd.**<br>**16800 Imperial Valley Dr., Ste. 230**<br>**Houston, TX 77060** | **Base Contract for Sale and Purchase of Natural Gas executed December 28, 2011** |
| **Aggreko-America**<br>**4607 W. Admiral Doyle Drive**<br>**New Iberia, LA 70560** | **Rental of generator** |
| **Atlantis E&P Services, Inc.**<br>**P.O. Box 2856, Dept. 430**<br>**Houston, TX 77253-3856** | **Master Service Agreement dated April 28, 2011** |
| **C & C Technologies, Inc.**<br>**730 E. Kaliste Saloom Rd.**<br>**Lafayette, LA 70508** | **Master Service Contract dated September 8, 2005 with predecessor entity Anglo-Suisse Offshore Partners, LLC and letter amendment dated December 22, 2008** |
| **Cudd Pressure Control, Inc.**<br>**15015 Vickery Drive**<br>**Houston, TX 77032** | **Master Service Agreement dated October 13, 2006 with predecessor entity Anglog-Suisse Offshore Partners, LLC and letter amendments dated January 2, 2009 and June 4, 2010** |
| **Hamilton Engineering, Inc.**<br>**P.O. Box 3856**<br>**Houston, TX 77253-3856** | **Master Service Agreement dated April 28, 2011** |
| **New Century Fabricators, Inc.**<br>**Attn: James Castille**<br>**2904 W Old Spanish Trail**<br>**New Iberia, LA 70562** | **Master Service Agreement dated May 9, 2012** |
| **Nexlevel Group**<br>**650 Poydras Street, Ste. 1400**<br>**New Orleans, LA 70130** | **Consulting letter agreement dated October 1, 2010 for $5,000/month** |
| **PEC/Premier Safety Management Co., Inc.**<br>**233 General Patton Avenue**<br>**Mandeville, LA 70471** | **Master Service Agreement dated October 20, 2011** |
| **Petroleum Engineers, Inc.**<br>**500 Dover Blvd., Ste. 310**<br>**Lafayette, LA 70503** | **Master Service Agreement dated April 28, 2011** |

**2**

\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re __Matagorda Island Gas Operations, LLC__ ,          Case No. __14-51099__
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Production Services Network U.S. Inc.**<br>**9821 Katy Freeway, Suite 400**<br>**Houston, TX 77024** | **Master Service Contract dated May 25, 2007 with predecessor entity Anglo-Suisse Offshore Partners, LLC and letter amendments dated January 7, 2009 and June 4, 2010** |
| **Shamrock Management, LLC**<br>**4800 Hwy 311**<br>**Houma, LA 70360** | **Master Service Agreement dated April 30, 2012** |
| **STL Pipeline, LLC**<br>**c/o Thompson & Knight, LLP**<br>**333 Clay St., Ste. 3300**<br>**Houston, TX 77002** | **Contract related to use and maintenance of pipeline connecting to Debtor's wells and facilities to the MOPS system.** |
| **TETRA Technologies, Inc.**<br>**25025 I-45 North, Suite 600**<br>**The Woodlands, TX 77380** | **Master Service Agreement dated November 8, 2011** |
| **United States Dept of Interior**<br>**Bureas of Ocean Energy Management**<br>**1201 Elmwood Park Blvd**<br>**New Orleans, LA 70123-2344** | **OCS-G 3091 originally with Exxon Corporation dated April 1, 1975 regarding Block Number 632 of Tract Number 37-479 in the Matagorda Island Area off the coast of Texas in the Gulf of Mexico record title regarding which was acquired by a predecessor of the Debtor, Paloma Offshore, LLC, in approximately May 2005** |
| **United States Dept. of Interior**<br>**Bureau of Ocean Energy Management**<br>**1201 Elmwood Park Blvd**<br>**New Orleans, LA 70123-2344** | **OCS-G 3096 originally with Exxon Corporation dated April 1, 1975 regarding Block Number 656 of Tract Number 37-439 in the Matagorda Island Area off the coast of Texas in the Gulf of Mexico recrod title regarding which was acquired by a predecessof the Debtor, Paloma Offshore, LLC, in approximately 2005** |
| **United States Dept. of Interior**<br>**Bureau of Ocean Energy Management**<br>**1201 Elmwood Park Blvd.**<br>**New Orleans, LA 70123-2344** | **OCS-G 4139 originally with Exxon Corporation and dated October 1, 1979 regarding Block Number 657 of Tract Number 58-114 in the Matagorda Island Area in the Gulf of Mexico record title to which was acquired by a predecessor of the Debtor, Paloma Offshore, LLC, in approximately 2005** |
| **William D. Hunter**<br>**d/b/a The Hunter Building**<br>**P.O. Box 2464**<br>**Morgan City, LA 70381** | **Lease of Suite 200 at 1020 David Drive in Morgan City, Louisiana 70380** |
| **Wood Group ESP, Inc.**<br>**5500 S.E. 59th Street**<br>**Oklahoma City, OK 73135** | **Master Service Agreement dated January 15, 2007 with predecessor entity Anglo-Suisse Offshore Partners, LLC and letter amendment dated September 2, 2010** |

Sheet __1__ of __2__ continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

In re    **Matagorda Island Gas Operations, LLC**              ,     Case No.    **14-51099**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Wood Group Logging Services, Inc.**<br>**16700 Park Row**<br>**Houston, TX 77084** | **Master Service Agreement dated January 15, 2007 with predecessor entity Anglo-Suisse Offshore Partners, LLC and letter amendment dated September 2, 2010** |
| **Wood Group Pressure Control, LP**<br>**3250 Briarpark Dr., Suite 100**<br>**Houston, TX 77042** | **Master Service Agreement with predecessor entity Anglo-Suisse Offshore Partners, LLC dated January 15, 2007 and letter amendment September 2, 2010** |
| **Wood Group Production Services, Inc.**<br>**1311 Broadfield, Suite 222**<br>**Houston, TX 77084** | **Master Service Agreement dated January 15, 2007 with predecessor entity Anglo-Suisse Offshore Partners, LLC and letter amendment thereto dated September 2, 2010** |

Sheet   **2**   of   **2**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

.

In re    **Matagorda Island Gas Operations, LLC**            ,    Case No.    **14-51099**
                                            Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Louisiana

In re __Matagorda Island Gas Operations, LLC__

Debtor(s)

Case No. __14-51099__

Chapter __11__

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CEO of Managing Member of Sole Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __28__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __October 1, 2014__

Signature __/s/ Richard P. Watson__

**Richard P. Watson**
**CEO of Managing Member of Sole Member**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.