UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:
     MATAGORDA ISLAND GAS OPERATIONS, LLC     CASE NO. 14-51099
     Debtor(s)     CHAPTER 11

UNITED STATES TRUSTEE'S MOTION TO CONVERT CASE TO
CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS

COMES NOW Henry G. Hobbs, Jr., Acting United States Trustee for Region 5 (hereinafter "UST"), and files this Motion to Convert Case to Chapter 7, or in the Alternative, to Dismiss for cause pursuant to 11 U.S.C. §1112(b)(4), and in support thereof represents as follows:

1.

The Debtor(s) filed a voluntary petition under Chapter 11 of the Bankruptcy Code on September 3, 2014.

2.

The Order to the Debtor In Possession provides the debtor shall "keep the property of the estate insured at a level equal to the value of such property and shall pay such premiums as may be or may become due thereon."

3.

The UST has repeatedly asked the debtor to obtain and provide proof of insurance as required by the Order to the Debtor In Possession, beginning with the Initial Debtor Interview on September 24, 2014, and continuing at the 341 Meetings on October 7, 2014, and November 4, 2014, (Proceeding Memos, ECF # 24 and 31.) In addition, the attorney and the analyst for the UST have contacted debtor's counsel several times requesting proof of insurance.

4.

To date the debtor has not provided proof to the UST that 1) the debtor has general liability insurance and 2) all assets are covered by property insurance. It is the understanding of the UST that the debtor does not have insurance at this time.

5.

The Bankruptcy Code in 11 U.S.C. §§1112(b)(4)(C) provides that "failure to maintain appropriate insurance that poses a risk to the estate or to the public" is a cause for conversion or dismissal.

6.

In addition, by failing to provide insurance, the debtor is not in compliance with the order to debtor-in-possession, which is additional cause for conversion or dismissal pursuant to 11 U.S.C. §1112(b)(4)(E).

7.

Title 28, Chapter 123, §1930(6) requires the Debtor(s) to pay a quarterly fee to the United States Trustee based on disbursements in the quarter.

8.

Failure to pay UST fees constitutes cause to convert or dismiss the case pursuant to 11 U.S.C. §1112(b)(4)(E)(F) and (K).

9.

The UST has not received payment of the fees and the fees are past due, therefore, cause exists to convert or dismiss this case based on the above-stated grounds.

10.

The analyst and the attorney for the UST have contacted the debtor numerous times about these deficiencies; however they have not been corrected. After being advised the UST was filing this Motion to Convert or Dismiss, the debtor contacted the analyst for the UST today and said the debtor was mailing a check for UST fees.

11.

In addition, the Debtor has failed to timely file the monthly operating report for October 2014, which is also cause for the conversion or dismissal pursuant to 11 U.S.C. §1112(b)(4)(F).

WHEREFORE, the UST prays for an order converting this case to a case under Chapter 7 of the Bankruptcy Code, or, alternatively, dismissing this case, and further prays for all general and equitable relief which may be just and proper under the circumstances.

Respectfully submitted,

HENRY G. HOBBS, JR.
Acting United States Trustee
Region 5, Judicial Districts
of Louisiana and Mississippi

By:/s/ Gail Bowen McCulloch
GAIL BOWEN McCULLOCH

Gail Bowen McCulloch
Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550
Facsimile no. (318) 676-3212
LA Bar no. 3337

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing *United States Trustee's Motion to Convert Case to Chapter 7, or in the Alternative, to Dismiss*, was either sent by First Class United States Mail, postage prepaid, or by CM/ECF transmission to the following persons and entities:

Matagorda Island Gas Operations, LLC
c/o James Hurley
9409 Hickory Nut Circle
Fishers, IN 46038

Christopher T. Caplinger
601 Poydras Street, Ste 2775
New Orleans, LA 70130

United States Attorney's Office
Western District of Louisiana
Attn: Bankruptcy
800 Lafayette Street, Suite 2200
Lafayette, LA 70501-7206

Carl Doré, Jr.
Doré Law Group, P.C.
Email: carl@dorelawgroup.net
17171 Park Row, Suite 160
Houston, Texas 77084

William C. Vidrine
Attorney for Shamrock Management, LLC
711 W. Pinhook
Lafayette, Louisiana 70503
Telephone: (337) 233-5195

Date: December 5, 2014        */s/ Samantha Brown VonSchriltz*
      Samantha Brown VonSchriltz
      Paralegal Specialist
      Office of the United States Trustee
      300 Fannin Street, Suite 3196
      Shreveport, LA 71101
      Telephone No. (318) 676-3456