UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:                                            CASE NO. 14-51099

MATAGORDA ISLAND GAS OPERATIONS, LLC        CHAPTER 11

DEBTOR

**SUPPLEMENT TO OPPOSITION TO UNITED STATES TRUSTEE'S MOTION TO
CONVERT CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS**

**MAY IT PLEASE THE COURT:**

Matagorda Island Gas Operations, LLC ("***Debtor***"), as debtor and debtor-in-possession,
by and through undersigned counsel, submits this supplement to the Debtor's opposition (**Docket
No. 41**) ("***Opposition***") to the *United States Trustee's Motion to Convert Case to Chapter 7, or
in the Alternative, to Dismiss* (**Docket No. 33**) ("***Motion***") filed on behalf of the Office of the
United States Trustee as well as the *Memorandum in Support of the United States Trustee's
Motion to Convert Case to Chapter 7* (**Docket No. 40**) filed on behalf of Shamrock Energy
Solutions, LLC.

Since the filing of the Opposition, the Debtor has worked diligently to obtain both a quote
for liability insurance as well as funding to pay the annual premium for such insurance. On
January 5, 2015, the Debtor obtained a quote from Donnaway Insurance, Inc. for insurance
indicating that the annual premium would be approximately $96,000.[1] On January 25, 2015, the
Debtor received an executed debtor-in-possession loan term sheet with AIC Investments Limited
dated January 23, 2015 ("***DIP Loan Term Sheet***"). The DIP Loan Term Sheet includes an
exhibit which identifies the approved general uses for the funds to be loaned to the Debtor and

1

that the payment of the indicated insurance premium is specifically identified as an authorized use of the proceeds of the contemplated DIP Loan. The Debtor intends to file a motion to authorize and approve the DIP Loan Term Sheet shortly and understands and believes that AIC Investments Limited can and will fund the contemplated DIP Loan within days of this Court's approval of same. The Debtor will then have the funds necessary to pay the indicated insurance premium and obtain a certificate of appropriate insurance. Therefore, the Debtor requests that the Court deny the Motion.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
    RANKIN & HUBBARD

*/s/ Christopher T. Caplinger*
STEWART F. PECK (#10403)
CHRISTOPHER T. CAPLINGER (#25357)
BENJAMIN W. KADDEN (#29927)
JOSEPH P. BRIGGETT (#33029)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; ccaplinger@lawla.com; bkadden@lawla.com; jbriggett@lawla.com
*Attorneys for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon the parties identified below that receive electronic notice via the Court's CM/ECF system, as well as those parties listed on the attached service list via first class mail on this 26th day of January 2015.

*/s/ Christopher T. Caplinger*

---

[1] A copy of the insurance quote has been provided to the Office of the United States Trustee.