

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA

MINUTE ENTRY

14-51099 Matagorda Island Gas Operations, LLC   Chapter: 11

Motion to Borrow, and Application to Incur Secured Debt Motion for Entry of Order: (A) Authorizing Debtor to Incure Post-Petition Secured Indebtedness (B) to Grant Security Interests and Priority Claims Pursuant to Sections 364(c) and 364(d) of the Bankruptcy Code, (C) Modifying the Automatic Stay, and (D) Approving Agreement with AIC Investments Limited on behalf of Matagorda Island Gas Operations

APPEARANCES:

Erin Rosenberg representing DIP
Carl Dore for Stallion
William Vidrine for Shamrock
Chris Weema for F&D

RULING: Motion is granted.

ORDER TO BE PREPARED BY: Caplinger

Date:   March 17, 2015