UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: MATAGORDA ISLAND GAS OPERATIONS, LLC     CASE NO. 14-51099
   (CHAPTER 11)

**STATUS CONFERENCE**
(As of March 26, 2015)

**Filed**: September 3, 2014

**Status of Monthly Operating Reports (As of February 2015):**
   Average Monthly Cash Flow: $0
   Cash On Hand In Bank Account: $0
   Accounts Receivable: $0
   Post Petition Accounts Payable: $0
   Post Petition Taxes Payable: $0

**UST Fees:** Delinquent. 4th quarter fee of $325.25 was due by January 31, 2015.

**Status of Plan and Disclosure Statement:** Due by January 2, 2015, but not filed as of March 27, 2015.

**Status of IDI documents:** Current

**Other Document Deficiencies: (insurance, etc.):** Motion to Convert or Dismiss pending because no proof of insurance.

**Creditors' Committee:** No

**Comments (change in income patterns, etc.):** None

                                            Respectfully submitted,
                                            HENRY G. HOBBS, JR.
                                            Acting United States Trustee
                                            Region 5, Judicial Districts
                                                  of Louisiana and Mississippi

                                            By: */s/ Gail Bowen McCulloch*
                                            Gail Bowen McCulloch

Gail B. McCulloch, LA Bar no. 03337

Trial Attorney
Office of the United States Trustee
300 Fannin Street, Suite 3196
Shreveport, Louisiana 71101
Telephone no. (318) 676-3456
Direct telephone no. (318) 676-3550